Commonwealth ex rel. Pawlishyn, Appellant, *v.*
Myers.

Argued April 29, 1966. Before MUSMANNO, JONES,
COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Edward F. Kane,* for appellant.

*Richard A. Devlin,* Assistant District Attorney, with
him *Henry T. Crocker,* Assistant District Attorney, and
*Richard S. Lowe,* District Attorney, for appellee.

OPINION PER CURIAM, September 27, 1966:
Order affirmed.